RECEIVED

AUG 26 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DC _____
DEPUTY CLERK

JUDGE DAVID BRIONES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

EP 25CV0342

**Jacob Barreras**
Plaintiff,

v. Civil Action No. _____

**County Criminal Court at Law Number One**
and
**Judge Linda S. Perez, in her official capacity**
Defendants.

## COMPLAINT FOR VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

**Plaintiff, Jacob Barreras, files this Complaint against Defendants and alleges as follows:**

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §1331 because this action arises under the Americans with Disabilities Act of 1990, 42 U.S.C. §12131 et seq. ("ADA"), and Section 504 of the Rehabilitation Act, 29 U.S.C. §794.
2. Venue is proper in this District under 28 U.S.C. §1391(b), as the events giving rise to this claim occurred in El Paso County, Texas.

### II. PARTIES

3. Plaintiff, **Jacob Barreras**, resides in El Paso, Texas, and is a qualified individual with disabilities under the ADA, as he requires accommodations for effective communication, including aids, interpreters, and alternative methods to access court proceedings and documents.
4. Defendant, **County Criminal Court at Law Number One**, is a public entity under Title II of the ADA.
5. Defendant, **Judge Linda S. Perez**, is sued in her official capacity for implementing and enforcing policies and practices that denied Plaintiff his ADA rights.

## III. FACTUAL ALLEGATIONS

6. Plaintiff requested ADA accommodations from the Court on **July 21, 2025** and again on **August 21, 2025**.
7. Judge Perez denied Plaintiff's requests and instead required Plaintiff to dictate his disabilities and requests in open court in the presence of other individuals, violating his right to privacy and effective communication.
8. Plaintiff has repeatedly requested an **ADA grievance policy**, as required by law, but the phone line listed is inactive and no functional process has been provided.
9. The **ADA regulations and Title II Technical Assistance Manual** require courts to designate an ADA Coordinator and provide the **name, address, and direct phone number** of that individual. Defendants have failed to comply.
10. Other courts in El Paso County have coordinated ADA accommodations through their clerks and ADA Coordinators. However, Judge Perez and her court have refused to follow this process, leaving Plaintiff without meaningful access.
11. Plaintiff has open cases dating back to **2023**, and to date, no accommodations have been secured for his disabilities.
12. Plaintiff's inability to read court documents without accommodations has severely impaired his ability to participate in his cases, and the Court's failure to provide effective communication constitutes **discrimination under the ADA and Rehabilitation Act**.
13. Defendants' denial of accommodations was not the result of mere oversight, but of **deliberate indifference** to Plaintiff's rights.

## IV. CLAIMS FOR RELIEF

**Count I – Violation of Title II of the ADA (42 U.S.C. §12131 et seq.)**
14. Plaintiff realleges and incorporates the preceding paragraphs.
15. Defendants are public entities subject to Title II of the ADA.
16. Plaintiff is a qualified individual with a disability entitled to accommodations.
17. Defendants denied Plaintiff meaningful access to court programs, services, and activities by failing to provide effective communication and refusing to designate or provide access to an ADA Coordinator.

**Count II – Violation of Section 504 of the Rehabilitation Act (29 U.S.C. §794)**
18. Plaintiff realleges and incorporates the preceding paragraphs.
19. Defendants receive federal funding and are therefore subject to Section 504.
20. By failing to provide ADA accommodations and effective communication, Defendants violated Section 504.

## V. DAMAGES AND RELIEF REQUESTED

21. As a direct result of Defendants' unlawful conduct, Plaintiff has suffered discrimination, emotional distress, denial of access to justice, and impairment of legal rights.
22. Plaintiff seeks **restitution and compensatory damages in the amount of $250,000.00**, as well as injunctive relief requiring Defendants to:

- Implement and publish a valid ADA grievance procedure.
- Designate and disclose the ADA Coordinator's **name, address, and direct phone number**.
- Provide Plaintiff with the requested accommodations, including aids and services necessary for effective communication.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment in Plaintiff's favor and against Defendants;
2. Award compensatory damages in the amount of **$250,000.00**;
3. Issue injunctive relief requiring Defendants to comply with the ADA and Rehabilitation Act;
4. Award Plaintiff his costs and such other relief as this Court deems just and proper.

**Respectfully submitted,**

Dated: August 25, 2025

**/s/ Jacob Barreras**
Jacob Barreras
2211 E. Missouri Ave #221
El Paso, TX 79903
Plaintiff, Pro Se